

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 17mj 1023 |
| John Davis DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _May_, _11_, at _9:30_ ☒a.m. / ☐p.m. before the Honorable _Charles F. Eick_, in Courtroom _341_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _____

U.S. District Judge/Magistrate Judge